```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 18159
   DAVID HONG
   MARY HONG                                  CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-8846      SSN XXX-XX-0852


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/06/2005 and was confirmed 06/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.73% from remaining funds.

     The case was paid in full 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
FIRST SUBURBAN NATIONAL   SECURED           5000.00            .00       5000.00
FIRST SUBURBAN NATIONAL   UNSECURED        23609.95            .00       3478.69
GE CAPITAL/COLONIAL PACI  SECURED              .00             .00           .00
GE CAPITAL/COLONIAL PACI  UNSECURED       NOT FILED            .00           .00
DAVID M SIEGEL            DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                         521.31
DEBTOR REFUND             REFUND                                          150.00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                9,150.00

PRIORITY                                              .00
SECURED                                          5,000.00
UNSECURED                                        3,478.69
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                              521.31
DEBTOR REFUND                                     150.00
                       ---------------        ---------------
TOTALS                 9,150.00                  9,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```